IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DARWIN CAIN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D15-3405

DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed April 4, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Darwin Cain, pro se, Petitioner.

Pamela Jo Bondi, Attorney General; Kathleen C. Hagan and Daniel A. Johnson, Assistant Attorneys General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, KELSEY, and WINOKUR, JJ., CONCUR.